BROOKLYN TRUST COMPANY et al., as Trustees under the Will of N. WILLARD CURTIS, Deceased, Appellants, *v.* BRISLIN LUMBER CO., INC., et al., Respondents.

(Argued December 12, 1933; decided January 9, 1934.)

648

*Bruce R. Duncan* for appellants.

*John J. Curtin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.    Not sitting: CRANE, J.